```
                        IN THE UNITED STATES DISTRICT COURT

                       FOR THE EASTERN DISTRICT OF CALIFORNIA


LUELLAR JOHNSON; DORONICA JOHNSON;   )
JONATHAN CHAPPELL, a minor, by and   )
through his Guardian Ad Litem; and   )   2:07-cv-1126-GEB-KJM
ALEXANDRA DORRIS, a minor, by and    )
through her Guardian Ad Litem,       )
                                     )
               Plaintiffs,           )
                                     )
          v.                         )   ORDER
                                     )
STATE OF CALIFORNIA DEPARTMENT       )
OF CORRECTIONS; and DOES 1-50,       )
                                     )
               Defendants.           )
                                     )
```

On June 22, 2007, Petitioner April Williams, mother of Plaintiff and minor Jonathan Chappell, filed a Petition for Appointment of Guardian Ad Litem. Pursuant to that Petition, April Williams is appointed as the guardian ad litem for Jonathan Chappell.

Dated: June 27, 2007

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

1