EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
JEFFREY STEELE, State Bar No. 124688
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1937
 Fax: (916) 324-5205
 Email: Jeff.Steele@doj.ca.gov

Attorneys for Defendant Department of Corrections
and Rehabilitation
SA2007302904

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHNSON, LUELLAR, DORONICA JOHNSON, JONATHAN CHAPPELL, a minor and ALEXANDRA DORRIS, a Minor by and through their Guardians Ad Litem ,**<br><br>                     Plaintiffs,<br><br>         v.<br><br>**STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS (HIGH DESERT STATE PRISON) and DOES 1-100,**<br><br>                     Defendants. | CASE NO.:  2:07-CV-1126 GEB KJM<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER** |

The parties in this matter wish to enter into the following stipulation in order to minimize the expense of litigation while they explore the possibility of settlement:

The Court's scheduling order shall be modified as follows:

The deadline for hearing dispositive motions shall be December 31, 2008.

Stipulation to Modify Scheduling Order

1

1     The joint pretrial statement shall be filed no later than February 26, 2009.

2     The pretrial conference shall be March 2, 2009 at 1:30 p.m.

3     The current trial date of May 5, 2009 shall remain unchanged.

5 Dated: November 17, 2008          */s/ Jeffrey Steele*
                                             Jeffrey Steele
6                                                Deputy Attorney General
                                               Attorneys for Defendants

8 Dated: November 17, 2008          */s/ Ellen C. Dove*
9                                                Ellen C. Dove
                                               Attorney for Plaintiffs

11 The above dates are adopted with the exception that the joint pretrial statement is to be filed

12 seven days prior to the pretrial conference and the last hearing date for law and motion is January

13 12, 2009, at 9:00 a.m.

15 The parties having stipulated, IT IS SO ORDERED:

16 Dated: December 8, 2008

18                                                GARLAND E. BURRELL, JR.
19                                                United States District Judge