UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUELLAR JOHNSON; DORONICA JOHNSON; JONATHAN CHAPPELL, a minor, by and through his Guardian Ad Litem; and ALEXANDRA DORRIS, a minor, by and through her Guardian Ad Litem,<br><br>            Plaintiffs,<br><br>     v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS (HIGH DESERT STATE PRISON),[1]<br><br>            Defendant. | 2:07-cv-1126-GEB-KJM<br><br><br><br>ORDER |

On December 26, 2008, Defendant filed an ex parte request which effectively seeks to continue the last law and motion hearing date prescribed in the Rule 16 scheduling order. Plaintiff filed an objection to the request on December 26, 2008.

The essence of Defendant's argument is that its counsel did not prepare a motion which could be timely noticed for hearing on the last prescribed law and motion hearing date because counsel

---

[1] The caption has been changed to reflect dismissal of Does 1-100 in the Order filed September 14, 2007.

1

worked on other cases and was not in his office on certain days. However, Defendant fails to show good cause exists justifying the modification of Rule 16 scheduling order it seeks.  Therefore, the request is denied.

       IT IS SO ORDERED.

Dated:  January 5, 2009

                              GARLAND E. BURRELL, JR.
                              United States District Judge