UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUELLAR JOHNSON; DORONICA JOHNSON; ALEXANDRA DORRIS, a minor and JONATHAN CHAPPELL, a minor, by and through Guardian Ad Litem APRIL WILLIAMS,<br><br>        Plaintiffs,<br><br>    v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>        Defendant.[1] | 2:07-CV-01126-GEB-KJM<br><br>ORDER |

Since the "Joint Pretrial Report" filed on January 28, 2009 indicates federal question jurisdiction does not exists, the parties shall file briefs on this issue no later than February 13, 2009; a response brief may be filed on or before February 20, 2009. The hearing on the matter ordered to be briefed is scheduled at the

---

[1] The caption has been amended to reflect dismissal of Does 1 - 50, since Plaintiff did not seek leave to add a party to this action according to the Order filed September 14, 2007, at 1 and 2.

1

1  same time that the final pretrial conference is scheduled, which is
2  1:30 p.m. on March 2, 2009, in Courtroom 10.
3          IT IS SO ORDERED.
4  Dated:  February 3, 2009

                                 _____
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge